ORIGINAL
FILED

1  Audra M Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253          07 JUN 27 PM 2: 13
   PERKINS COIE LLP
3  1620 26th Street                               RICHARD W. WIEKING
   Sixth Floor, South Tower
4  Santa Monica, CA 90404-4013                    U.S. DISTRICT COURT
   Telephone: 310.788.9900; Facsimile: 310.788.3399
5  E-mail: Amori@perkinscoie.com;
   Kdugdale@perkinscoie.com;
6  Jchiarelli@perkinscoie.com                                          E-FILING

7  Attorneys for Plaintiff
   MICROSOFT CORPORATION
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11
                                    C07 03381 BZ
12 MICROSOFT CORPORATION, a           Case No.
   Washington corporation,
13
                 Plaintiff,           COMPLAINT FOR:
14
          v.                          (1) COPYRIGHT INFRINGEMENT;
15                                    (2) FEDERAL TRADEMARK
   GENNADEY BATRAKOV, an individual,     INFRINGEMENT;
16                                    (3) FALSE DESIGNATION OF ORIGIN, FALSE
                 Defendant.              DESCRIPTION AND FALSE
17                                       REPRESENTATION;
                                      (4) COMMON LAW UNFAIR COMPETITION;
18                                    (5) IMPOSITION OF A CONSTRUCTIVE
                                         TRUST; AND
19                                    (6) AN ACCOUNTING

20

21                      **COMPLAINT**

22         This is an action by Microsoft Corporation ("Microsoft") to recover damages arising from

23 infringement of Microsoft's copyrights and trademarks in its software and related components by

24 Gennadey Batrakov ("Defendant") and to enjoin Defendant's future infringement. Defendant

25 distributed counterfeit Microsoft software, despite the fact that Microsoft requested that

26 Defendant cease and desist from such conduct. Defendant has infringed Microsoft's copyrights

27 and trademarks, and violated the Lanham Act by falsely designating the origin of software, and

28

1   engaged in unfair competition. Microsoft seeks damages, an accounting, the imposition of a

2   constructive trust upon Defendant's illegal profits, and injunctive relief.

3                             **THE PARTIES**

4       1.      Microsoft is a Washington corporation with its principal place of business located

5   at One Microsoft Way, Redmond, Washington. Microsoft develops, markets, distributes and

6   licenses computer software.

7       2.      Upon information and belief, defendant Gennadey Batrakov is an individual who

8   does business in San Jose, California and on the Internet. Defendant is engaged in the business of

9   advertising, marketing, and distributing computer software, including purported Microsoft

10   software.

11       3.      Upon information and belief, defendant Gennadey Batrakov (a) personally

12   participated in and/or had the right and ability to direct and control the wrongful conduct alleged

13   in this Complaint, and (b) derived direct financial benefit from that wrongful conduct. Upon

14   information and belief, Gennadey Batrakov resides and transacts substantial business in this

15   district.

16                     **JURISDICTION AND VENUE**

17       4.      This Court has subject matter jurisdiction over Microsoft's claims for trademark

18   infringement, copyright infringement and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C.

19   § 501, and 28 U.S.C. §§ 1331 and 1338(a).

20       5.      This Court has supplemental jurisdiction over Microsoft's claims arising under the

21   laws of the State of California to 28 U.S.C. § 1367(a) because these claims are so related to

22   Microsoft's claims under federal law that they form part of the same case or controversy and

23   derive from a common nucleus of operative fact.

24                   **INTRADISTRICT ASSIGNMENT**

25       6.      Pursuant to United States District Court, Northern District Civil Local Rules

26   3-5(b) and 3-2(e), assignment to the San Jose Division is proper because a substantial part of the

27   infringement and other wrongful conduct alleged occurred in Santa Clara County.

28

1

**VENUE**

2      7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a)

3   because (a) the acts of infringement and other wrongful conduct alleged occurred in the Northern

4   District of California; (b) the Defendant may be found in the Northern District of California; and

5   (c) the Defendant has a sufficient connection with the Northern District of California to make

6   venue proper in this district, all as alleged in this Complaint.

7

**FACTS COMMON TO ALL CLAIMS**

8      8.      Microsoft develops, advertises, markets, distributes, and licenses a number of

9   computer software programs. Microsoft's software programs are recorded on magnetic diskettes

10   and/or CD-ROMs, and they are packaged and distributed together with associated proprietary

11   materials such as user's guides, user's manuals, end user license agreements, certificates of

12   authenticity, and other related components.

13      9.      Microsoft Windows XP Professional: Microsoft developed, advertises, markets,

14   distributes, and licenses a software package known as Microsoft Windows XP Professional

15   ("Windows XP Pro"). Windows XP Pro is an operating system for desktop and laptop systems.

16   It performs a number of computer-related operations including, but not limited to, providing

17   support for various applications and allowing remote access to data and applications stored on

18   Windows XP Pro desktops from network connections. Microsoft holds a valid copyright in

19   Windows XP Pro (including user's reference manuals, user's guides, and screen displays) that

20   was duly and properly registered with the United States Copyright Office. A true and correct

21   copy of the Registration Certificate for Microsoft Windows XP Pro, bearing the number TX 5-

22   407-055, is attached hereto as Exhibit 1 and is incorporated by reference.

23      10.      Microsoft Office 2003 Pro: Microsoft Office 2003 Professional ("Office 2003

24   Pro") is a suite of popular Microsoft software programs. Microsoft holds a valid copyright in

25   Office 2003 Pro (including user's reference manuals, user's guides, and screen displays) that was

26   duly and properly registered with the United States Copyright Office. A true and correct copy of

27   the Registration Certificate for Microsoft Office 2003 Pro, bearing the number TX-5-837-617, is

28

41826-5023/LEGAL13352023.1                                    -3-

1   attached hereto as Exhibit 2 and is incorporated by reference. Office 2003 Pro includes the

2   following popular Microsoft software programs:

3          A.     Microsoft Office Excel 2003, a program that allows users to create

4   spreadsheets, perform calculations, and store numerical data. Microsoft holds a valid copyright in

5   Microsoft Office Excel 2003 (including user's reference manuals, user's guides, and screen

6   displays) that was duly and properly registered with the United States Copyright Office. A true

7   and correct copy of the Copyright Registration Certificate for Microsoft Office Excel 2003,

8   bearing the number TX 5-837-636, is attached hereto as Exhibit 3 and is incorporated by

9   reference.

10          B.     Microsoft Office Outlook 2003, a program that allows users and networked

11  teams to create and manage calendars, tasks, and contacts. Microsoft holds a valid copyright in

12  Microsoft Office Outlook 2003 (including user's reference manuals, user's guides, and screen

13  displays) that was duly and properly registered with the United States Copyright Office. A true

14  and correct copy of the Copyright Registration Certificate for Microsoft Office Outlook 2003,

15  bearing the number TX 5-900-087, is attached hereto as Exhibit 4 and is incorporated by

16  reference.

17          C.     Microsoft Office PowerPoint 2003, a program that allows users to create,

18  organize, and present overhead and slide presentations. Microsoft holds a valid copyright in

19  Microsoft Office PowerPoint 2003 (including user's reference manuals, user's guides, and screen

20  displays) that was duly and properly registered with the United States Copyright Office. A true

21  and correct copy of the Copyright Registration Certificate for Microsoft Office PowerPoint 2003,

22  bearing the number TX 5-852-649, is attached hereto as Exhibit 5 and is incorporated by

23  reference.

24          D.     Microsoft Office Word 2003, a program that allows users to create and edit

25  reports and documents. Microsoft holds a valid copyright in Microsoft Office Word 2003

26  (including user's reference manuals, user's guides, and screen displays) that was duly and

27  properly registered with the United States Copyright Office. A true and correct copy of the

28

41826-5023/LEGAL13352023.1          -4-

1   Copyright Registration Certificate for Microsoft Office Word 2003, bearing the number TX 5-
2   900-088, is attached hereto as Exhibit 6 and is incorporated by reference.

3       E.    Microsoft Publisher 2003, a desktop publishing program that allows users
4   to create, customize, and publish materials such as newsletters, brochures, flyers, catalogs, and
5   Web sites. Microsoft holds a valid copyright in Microsoft Publisher 2003 (including user's
6   reference manuals, user's guides, and screen displays) that was duly and properly registered with
7   the United States Copyright Office. A true and correct copy of the Copyright Registration
8   Certificate for Microsoft Publisher 2003, bearing the number TX 5-837-618, is attached hereto as
9   Exhibit 7 and is incorporated by reference.

10       F.    Microsoft Business Contact Manager for Outlook 2003, a program which
11   manages customer relationships. Microsoft holds a valid copyright in Business Contact Manager
12   for Outlook 2003 (including user's reference manuals, user's guides, and screen displays) that
13   was duly and properly registered with the United States Copyright Office. A true and correct
14   copy of the Copyright Registration Certificate for Business Contact Manager for Outlook 2003,
15   bearing the number TX 5-877-513, is attached hereto as Exhibit 8 and is incorporated by
16   reference.

17       G.    Microsoft Access 2003, a program that allows users to create and manipulate
18   databases and store data. Microsoft holds a valid copyright in Microsoft Access 2003 (including
19   user's reference manuals, user's guides, and screen displays) that was duly and properly
20   registered with the United States Copyright Office. A true and correct copy of the Copyright
21   Registration Certificate for Microsoft Access 2003, bearing the number TX 5-901-713, is
22   attached hereto as Exhibit 9 and is incorporated by reference.

23       11.    Microsoft has also duly and properly registered a number of trademarks and a
24   service mark in the United States Patent and Trademark Office on the Principal Register,
25   including, but not limited to:

26       A.    "MICROSOFT," Trademark and Service Mark Registration No. 1,200,236,
27       for computer programs and computer programming services;

28

1    B.    "MICROSOFT," Trademark Registration No. 1,256,083, for computer

2    hardware and software manuals, newsletters, and computer documentation;

3    C.    WINDOWS, Trademark Registration No. 1,872,264 for computer

4    programs and manuals sold as a unit;

5    D.    COLORED FLAG DESIGN, Trademark Registration No. 2,744,843, for

6    computer software;

7    E.    "POWERPOINT," Trademark Registration No. 1,475,795, for pre-recorded

8    computer programs recorded on magnetic disks;

9    F.    "MICROSOFT ACCESS," Trademark Registration No. 1,741,086, for

10    computer programs for use with databases and manuals sold as a unit; and

11    G.    "OUTLOOK," Trademark Registration No. 2,188,125, for computers

12    programs, specifically programs providing enhanced electronic mail and

13    scheduling capabilities and instructional manuals sold as a unit;

14    H.    COLOR FOUR SQUARE LOGO, Trademark Registration No. 2,999,281,

15    for computer software, including application and business software for use in word

16    processing, spreadsheets, presentation graphics, e-mail, and scheduling;

17    I.    BLACK AND WHITE FOUR SQUARE LOGO, Trademark Registration

18    No. 3,160,976, for computer software, including application and business software

19    for use in word processing, spreadsheets, presentation graphics, e-mail, and

20    scheduling

21    True and correct copies of the Trademark Registrations for A through I above are attached

22    hereto as Exhibits 10 through 18, respectively, and are incorporated herein by reference.

23    **Defendant's Infringement**

24    12.    Defendant is engaged in the advertising, marketing, installation and distribution of

25    computer software, including programs covered by Microsoft's registered copyrights and bearing

26    Microsoft's registered trademarks or imitations thereof.

27    13.    Beginning in at least October 2005, Defendant was sent notices informing him that

28    it appeared that he was auctioning infringing software on the Internet.

14.   In October and November 2005, Defendant distributed counterfeit Windows XP Pro to customers on at least four separate occasions.

15.   In February 2006, Defendant distributed counterfeit Windows XP Pro to customers on at least two separate occasions.

16.   In May 2006, Defendant distributed counterfeit Office 2003 Pro to an investigator.

17.   Microsoft notified Defendant by letter dated November 29, 2006, that Defendant was distributing counterfeit Microsoft software. Microsoft requested that Defendant cease and desist the infringing activity.

18.   Nevertheless, in or about February 2007, Defendant distributed counterfeit Office 2003 Pro to an investigator.

19.   On information and belief, these are not isolated incidents. Rather, Defendant has been and continues to be involved in advertising, marketing, installing and/or distributing infringing copies of Microsoft's software to unidentified persons or entities. On information and belief, Defendant's distributions of purported Microsoft software are the result of Defendant's advertising and marketing the availability of such materials.

20.   On information and belief, Defendant's wrongful conduct includes the advertising, marketing, installing, and/or distribution of "infringing materials," specifically reproductions, copies, or colorable imitations of the Microsoft copyrighted software and/or the Microsoft trademarks, logos, and service mark described in this Complaint.

21.   On information and belief, Defendant has committed and is continuing to commit acts of copyright and trademark infringement against Microsoft. On information and belief, at a minimum, Defendant was willfully blind and acted in reckless disregard of Microsoft's registered copyrights and marks.

22.   On information and belief, by the advertising activities and unauthorized use of Microsoft's marks to describe the items that he is distributing, Defendant has misappropriated Microsoft's advertising ideas and style of doing business and has infringed Microsoft's copyrights, titles, and slogans.

41826-5023/LEGAL13352023.1                    -7-

1     23.    On information and belief, the injuries and damages that Microsoft has sustained

2  have been directly and proximately caused by Defendant's wrongful misappropriation of

3  Microsoft's advertising ideas and style of doing business and infringement of Microsoft's

4  copyrights, titles, and slogans.

5                     **First Claim**

6         **[Copyright Infringement -- 17 U.S.C. § 501, et seq.]**

7     24.    Microsoft repeats and incorporates by this reference each and every allegation set

8  forth in paragraphs 1 through 23, inclusive.

9     25.    Microsoft is the sole owner of Windows XP Pro, Office 2003 Pro, Office Excel

10  2003, Office Outlook 2003, Office PowerPoint 2003, Publisher 2003, Office Word 2003,

11  Business Contact Manager for Outlook 2003, and Access 2003 and the corresponding Certificates

12  of Registration.

13     26.    Defendant has infringed the copyrights in Microsoft's software, including but not

14  limited to Microsoft Windows XP Pro, Office 2003 Pro, Office Excel 2003, Office Outlook 2003,

15  Office PowerPoint 2003, Publisher 2003, Office Word 2003, Business Contact Manager for

16  Outlook 2003, and Access 2003 by distributing infringing materials in the United States without

17  approval or authorization from Microsoft.

18     27.    Defendant's conduct has been willful within the meaning of the Copyright Act.  At

19  a minimum, Defendant acted with willful blindness to and in reckless disregard of Microsoft's

20  registered copyrights.

21     28.    As a result of the wrongful conduct, Defendant is liable to Microsoft for copyright

22  infringement. 17 U.S.C. § 501.  Microsoft has suffered damages.  Microsoft is entitled to recover

23  damages, which include any and all profits Defendant has made as a result of the wrongful

24  conduct. 17 U.S.C. § 504.  Alternatively, Microsoft is entitled to statutory damages under 17

25  U.S.C. § 504(c).

26     29.    In addition, because Defendant's infringement has been willful within the meaning

27  of the Copyright Act, the award of statutory damages should be enhanced in accordance with 17

28  U.S.C. § 504(c)(2).

41826-5023/LEGAL13352023.1       -8-

30. Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Microsoft has no adequate remedy at law for Defendant's wrongful conduct because, among other things, (a) Microsoft's copyrights are unique and valuable property which have no readily determinable market value, (b) Defendant's infringement harms Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendant's wrongful conduct, and the resulting damage to Microsoft, is continuing.

31. Microsoft is also entitled to recover its attorneys' fees and costs of suit. 17 U.S.C. § 505.

## Second Claim

## [Federal Trademark Infringement – 15 U.S.C. § 1114]

32. Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 31, inclusive.

33. Defendant's activities constitute infringement of Microsoft's federally registered trademarks and service mark in violation of the Lanham Trademark Act, including but not limited to 15 U.S.C. § 1114(1).

34. Because Microsoft advertises, markets, distributes, and licenses its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is distinguished from the software or products of others in the same field or related fields.

35. Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software or services of Microsoft.

36. The infringing materials that Defendant has and is continuing to use, offer, advertise, market, install, or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

37. Further, Defendant's activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendant is advertising, marketing, installing, or distributing

41826-5023/LEGAL13352023.1                          -9-

COMPLAINT

1    originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees,
2    and the public.

3         38.    Upon information and belief, Defendant used, offered, advertised, marketed,
4    installed or distributed infringing material with the purposes of misleading, deceiving, or
5    confusing customers and the public as to the origin and authenticity of the infringing materials,
6    and of trading upon Microsoft's goodwill and business reputation.

7         39.    Defendant's conduct has been willful within the meaning of the Lanham Act. At a
8    minimum, Defendant acted with willful blindness to and in reckless disregard of Microsoft's
9    registered marks.

10         40.    As a result of the wrongful conduct, Defendant is liable to Microsoft for trademark
11    infringement. 15 U.S.C. § 1114(1). Microsoft has suffered, and will continue to suffer,
12    substantial damages. Microsoft is entitled to recover damages, which include any and all profits
13    Defendant has made as a result of the wrongful conduct. 15 U.S.C. § 1117(a).

14         41.    In addition, because Defendant's infringement of Microsoft's trademarks and
15    service mark was willful within the meaning of the Lanham Act, the award of actual damages and
16    profits should be trebled pursuant to 15 U.S.C. §1117(b). In the alternative, Microsoft is entitled
17    to statutory damages for each counterfeit mark. 15 U.S.C. § 1117(c).

18         42.    Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a).
19    Microsoft has no adequate remedy at law for Defendant's wrongful conduct because, among other
20    things, (a) Microsoft's trademarks and service mark are unique and valuable property which have
21    no readily determinable market value, (b) Defendant's infringement constitutes harm to Microsoft
22    such that Microsoft could not be made whole by any monetary award, (c) if Defendant's wrongful
23    conduct is allowed to continue, the public is likely to become further confused, mistaken, or
24    deceived as to the source, origin or authenticity of the infringing materials, and (d) Defendant's
25    wrongful conduct, and the resulting damage to Microsoft, is continuing.

26         43.    Microsoft is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C.
27    § 1117.

28

41826-5023/LEGAL13352023.1                      -10-

1

2

3

**Third Claim**

**[False Designation Of Origin, False Description And**

**Representation Of Microsoft Packaging--15 U.S.C. § 1125 et seq.]**

4      44.      Microsoft repeats and incorporates by this reference each and every allegation set

5  forth in paragraphs 1 through 43, inclusive.

6      45.      Because Microsoft advertises, markets, distributes, and licenses its software under

7  the trademarks and service mark described in this Complaint, these trademarks and service mark

8  are the means by which Microsoft's software is distinguished from the software or products of

9  others in the same field or related fields.

10     46.      Because of Microsoft's long, continuous, and exclusive use of these trademarks

11  and service mark, they have come to mean, and are understood by customers, end users, and the

12  public to signify, software or services of Microsoft.

13     47.      Microsoft has also designed distinctive and aesthetically pleasing displays, logos,

14  icons, graphic images, and packaging (collectively, "Microsoft visual designs") for its software

15  and related components.

16     48.      Defendant's wrongful conduct includes the use of Microsoft's marks, name, and/or

17  imitation visual designs, specifically displays, logos, icons, graphic designs, and/or packaging

18  virtually indistinguishable from Microsoft visual designs, in connection with its goods and

19  services.

20     49.      Upon information and belief, Defendant engaged in such wrongful conduct with

21  the willful purpose of misleading, deceiving, or confusing customers and the public as to the

22  origin and authenticity of the goods and services offered, marketed or distributed in connection

23  with Microsoft's marks, name, and imitation visual designs, and of trading upon Microsoft's

24  goodwill and business reputation.  Defendant's conduct constitutes (a) false designation of origin,

25  (b) false description, and (c) false representation that the imitation visual images originate from or

26  are authorized by Microsoft, all in violation of § 43(a) of the Lanham Trademark Act, set forth at

27  15 U.S.C. § 1125(a).

28     50.      Defendant's wrongful conduct is likely to continue unless restrained and enjoined.

1   51. As a result of Defendant's wrongful conduct, Microsoft has suffered and will

2 continue to suffer damages.  Microsoft is entitled to injunctive relief and to an order compelling

3 the impounding of all imitation marks and visual designs being used, offered, advertised,

4 marketed, installed, or distributed by Defendant.  Microsoft has no adequate remedy at law for

5 Defendant's wrongful conduct because, among other things, (a) Microsoft's marks, name and

6 visual designs are unique and valuable property which have no readily-determinable market

7 value, (b) Defendant's advertising, marketing, installation, or distribution of imitation visual

8 designs constitutes harm to Microsoft such that Microsoft could not be made whole by any

9 monetary award, and (c) Defendant's wrongful conduct, and the resulting damage to Microsoft, is

10 continuing.

11       **Fourth Claim**

12     **[California Common Law Unfair Competition]**

13   52. Microsoft realleges, and incorporates by this reference, each and every allegation

14 set forth in paragraphs 1 through 51, inclusive.

15   53. The acts and conduct of Defendant as alleged above in this Complaint constitute

16 unfair competition pursuant to the common law of California.

17   54. Defendant's acts and conduct are likely to confuse the public into believing that the

18 items being offered or distributed by Defendant are sponsored, approved or authorized by

19 Microsoft in violation of Microsoft's rights under the common law of unfair competition of the

20 State of California.

21   55. Defendant's acts and conduct as alleged above have damaged and will continue to

22 damage Microsoft's goodwill and reputation and have resulted in losses to Microsoft and an illicit

23 gain of profit to Defendant in an amount unknown at the present time.

24       **Fifth Claim**

25    **[For Imposition Of A Constructive Trust Upon The**

26      **Illegal Profits Of Defendant]**

27   56. Microsoft repeats and incorporates by this reference each and every allegation set

28 forth in paragraphs 1 through 55, inclusive.

1    57.    Defendant's conduct constitutes deceptive, fraudulent and wrongful conduct in the

2    nature of passing off the infringing materials as genuine Microsoft software approved or

3    authorized by Microsoft.

4    58.    By virtue of the wrongful conduct, Defendant has illegally received money and

5    profits that rightfully belong to Microsoft.

6    59.    Upon information and belief, Defendant holds the illegally received money and

7    profits in the form of bank accounts, real property, or personal property that can be located and

8    traced.

9    60.    Defendant holds the money and profits he has illegally received as constructive

10   trustees for the benefit of Microsoft.

11                                      **Sixth Claim**

12                                      **[Accounting]**

13   61.    Microsoft repeats and incorporates by this reference each and every allegation set

14   forth in paragraphs 1 through 60, inclusive.

15   62.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover

16   any and all profits of Defendant that are attributable to the acts of infringement.

17   63.    Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual

18   damages or statutory damages sustained by virtue of Defendant's acts of infringement.

19   64.    The amount of money due from Defendant to Microsoft is unknown to Microsoft

20   and cannot be ascertained without a detailed accounting by Defendant of the precise number of

21   units of infringing material offered for distribution and distributed by Defendant.

22                                   **PRAYER FOR RELIEF**

23   WHEREFORE, Microsoft respectfully requests judgment against Defendant as follows:

24   (1)    That the Court enter a judgment against Defendant that he has:

25         (a)    willfully infringed Microsoft's rights in the following federally registered

26   copyrights under 17 U.S.C. § 501:

27              (1)    TX 5-407-055 ("Windows XP Professional");

28              (2)    TX 5-837-617 ("Office Professional 2003");

(3)    TX 5-837-636 ("Office Excel 2003");

(4)    TX 5-900-087 ("Office Outlook 2003");

(5)    TX 5-852-649 ("Office PowerPoint 2003");

(6)    TX 5-837-618 ("Publisher 2003");

(7)    TX 5-900-088 ("Office Word 2003");

(8)    TX 5-877-513 ("Business Contact Manager for Outlook 2003");

(9)    TX 5-901-713 ("Access 2003");

    (b)    willfully infringed Microsoft's rights in the following federally registered trademarks and service mark under 15 U.S.C. § 1114:

(1)    1,200,236 ("MICROSOFT");

(2)    1,256,083 ("MICROSOFT");

(3)    1,872,264 ("WINDOWS");

(4)    2,744,843 (COLORED FLAG DESIGN);

(5)    1,475,795 ("POWERPOINT");

(6)    1,741,086 ("MICROSOFT ACCESS");

(7)    2,188,125 ("OUTLOOK");

(8)    2,999,281 (COLOR FOUR SQUARE LOGO);

(9)    3,160,976 (BLACK AND WHITE FOUR SQUARE LOGO);

    (c)    committed and are committing acts of false designation of origin, false or misleading description of fact, and false or misleading representation against Microsoft, in violation of 15 U.S.C. § 1125(a);

    (d)    engaged in unfair methods of competition in violation of California common law; and

    (e)    otherwise injured the business reputation and business of Microsoft by Defendant's acts and conduct set forth in this Complaint.

1    (2)    That the Court issue injunctive relief against Defendant, and that Defendant, his

2    agents, representatives, servants, employees, attorneys, successors and assigns, and all others in

3    active concert or participation with Defendant, be enjoined and restrained from:

4    (a)    imitating, copying, or making any other infringing use or infringing

5    distribution of software program, components, and/or items protected by Microsoft's registered

6    trademarks and service mark, including, but not limited to, the following Trademark Registration

7    Nos.:

8    (1)    1,200,236 ("MICROSOFT");

9    (2)    1,256,083 ("MICROSOFT");

10    (3)    1,872,264 ("WINDOWS");

11    (4)    2,744,843 (COLORED FLAG DESIGN);

12    (5)    1,475,795 ("POWERPOINT");

13    (6)    1,741,086 ("MICROSOFT ACCESS");

14    (7)    2,188,125 ("OUTLOOK");

15    (8)    2,999,281 (COLOR FOUR SQUARE LOGO);

16    (9)    3,160,976 (BLACK AND WHITE FOUR SQUARE

17    LOGO);

18    or the software programs, components, and/or items protected by the following Certificate of

19    Copyright Registration Nos.:

20    (1)    TX 5-407-055 ("Windows XP Professional");

21    (2)    TX 5-837-617 ("Office Professional 2003");

22    (3)    TX 5-837-636 ("Office Excel 2003");

23    (4)    TX 5-900-087 ("Office Outlook 2003");

24    (5)    TX 5-852-649 ("Office PowerPoint 2003");

25    (6)    TX 5-837-618 ("Publisher 2003");

26    (7)    TX 5-900-088 ("Office Word 2003");

27    (8)    TX 5-877-513 ("Business Contact Manager for Outlook 2003");

28    (9)    TX 5-901-713 ("Access 2003");

1   and any other works now or hereafter protected by any Microsoft trademark or copyright;

2   (b)   manufacturing, assembling, producing, distributing, offering for

3   distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying

4   any software programs, components, and/or items bearing any simulation, reproduction,

5   counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service

6   mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright

7   Registration Numbers listed in Section (2)(a) above;

8   (c)   using any simulation, reproduction, counterfeit, copy, or colorable

9   imitation of Microsoft's registered trademarks, service mark, or copyright including, but not

10  limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Section

11  (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for

12  distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of

13  any software program, component, and/or item not authorized or licensed by Microsoft;

14  (d)   using any false designation of origin or false description which can or is

15  likely to lead the trade or public or individuals, erroneously to believe that any software,

16  component, and/or item has been manufactured, assembled, produced, distributed, offered for

17  distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed,

18  licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

19  (e)   engaging in any other activity constituting an illegal distribution of any

20  Microsoft item and/or an infringement of any of Microsoft's trademarks, service mark and/or

21  copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark,

22  and/or copyrights; and

23  (f)   assisting, aiding, or abetting any other person or business entity in

24  engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

25  (3)   That the Court enter an order declaring that Defendant hold in trust, as

26  constructive trustee for the benefit of Microsoft, the illegal profits obtained from the distribution

27  of infringing copies of Microsoft's software, and requiring Defendant to provide Microsoft a full

28

1    and complete accounting of all amounts due and owing to Microsoft as a result of Defendant's

2    illegal activities.

3        (4)    That the Court order Defendant to pay Microsoft's damages as follows:

4            (a)    Microsoft's damages and Defendant's profits pursuant to 17 U.S.C.

5        § 504(b), or in the alternative, enhanced statutory damages pursuant to 17 U.S.C.

6        § 504(c)(2), for Defendant's willful infringement of Microsoft's copyrights;

7            (b)    Microsoft's damages and Defendant's profits pursuant to 15 U.S.C.

8        § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b) for Defendant's willful

9        violation of Microsoft's registered trademarks and service mark, or in the

10        alternative statutory damages pursuant to 15 U.S.C. § 1117(c) for each counterfeit

11        mark; and

12            (c)    Microsoft's damages and Defendant's profits pursuant to California

13        common law.

14        (5)    That the Court order Defendant to pay to Microsoft both the costs of this action

15    and the reasonable attorneys' fees incurred by it in prosecuting this action; and

16        (6)    That the Court grant to Microsoft such other and additional relief as is just and

17    proper.

18

19    DATED: _June 26_____, 2007        **PERKINS COIE LLP**

20                        By: _Katherine M. Dugdale_

21                            Katherine M. Dugdale

22                        Attorneys for Plaintiff
                        MICROSOFT CORPORATION

23

24

25

26

27

28

**EXHIBIT 1**

06/03/02  MON 13:45  FAX 4253941431

## CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX** 
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 5-407-055**

EFFECTIVE DATE OF REGISTRATION

**Nov. 6, 2001**
Month      Day      Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Windows XP Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 10  Day ▶ 26  Year ▶ 2001
U.S.A.  ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 0 6 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 0 6 2001
FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

08/03/02   MON 13:46   FAX

| | |
|---|---|
| EXAMINED BY   *Tms* | FORM TX |
| CHECKED BY | |
| ☐ CORRESPONDENCE   ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? **5**

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

TX 5-038-267                                    2000

**DERIVATIVE WORK OR COMPILATION** **6**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a.   Previous version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b.   Additional programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **7**

Name ▼                                    Account Number ▼

a.   Microsoft Corporation                  DAO63819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

b.   Microsoft Corporation, ATTN: Judy Weston

One Microsoft Way

Redmond, WA 98052

Area code and daytime telephone number ► (425) 936-9104          Fax number ► (425) 936-7329

Email ► judywa@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the  **8**

Check only one ►  ☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of Microsoft Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                    Date ► November 5, 2001

Handwritten signature (X) ▼

X

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office, check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**Mail certificate to:** **9**

Name ▼   Microsoft Corporation, ATTN: Judy Weston

Law and Corporate Affairs

Number/Street/Apt ▼   One Microsoft Way

City/State/ZIP ▼   Redmond, WA 98052

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1994—43,000                  ⊕ PRINTED ON RECYCLED PAPER                  ☆U.S. GOVERNMENT PRINTING OFFICE: 1996-484-879/40,033

**EXHIBIT 2**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-637-617

EFFECTIVE DATE OF REGISTRATION

| 12 | 9 | 03 |
|----|---|----|
| Month | Day | Year |

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**
TITLE OF THIS WORK ▼
Microsoft Office Professional Edition 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
**a**  NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
2003    ◄ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information    Month ▶ October    Day ▶ 21    Year ▶ 2003
ONLY if this work has been published.    Nation ▶ U S A    ◄ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
DEC 0 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003
FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-8) on the reverse side of this page    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at line 8.    Page 1 of ___ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

TX 6-328-272     2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material. Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Previous version & files copyrighted by various third parties

Material Added to This Work. Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**  Additional programming text, additional written text, and editorial revisions

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**a**  Microsoft Corporation     DA063619

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104     Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Microsoft Corporation**
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston     Date ▶ 12.4.03

Handwritten signature (X) ▼

X _____

**8**

**Mail
certificate
to**

Name ▼  Microsoft Corporation, ATTN  Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond, WA 98052

**Certificate
will be
mailed in
window
envelope**

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT 3**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-837-538

EFFECTIVE DATE OF REGISTRATION

12   9   03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Microsoft Office Excel 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

**a** NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2003  ◄ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK  Complete this information ONLY if this work has been published.
Day ▶ October   Day ▶ 21   Year ▶ 2003
Nation ▶ U.S.A.   ◄ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 0 9 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM TX

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

TX 5-318-231                                              2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**  Previous version & titles copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**  Additional programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**  Microsoft Corporation          DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Microsoft Corporation
        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                        Date ▶ 12.4.03

Handwritten signature (X) ▼

X

**8**

**Mail
certificate
to:**

Name ▼  Microsoft Corporation, ATTN: Judy Weston
        Law and Corporate Affairs

**Certificate
will be
mailed in
window
envelope**

Number/Street/Apt ▼  One Microsoft Way

City/State/ZIP ▼  Redmond, WA 98052

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT 4**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE



TX 5-900-087

**EFFECTIVE DATE OF REGISTRATION**

JAN 09 2004

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003    ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month October    Day 29    Year 2003
Nation U.S.A.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**APPLICATION RECEIVED**
JAN 09 2004
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**
JAN 09 2004

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼
TX 5-371-422                                                        2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
    Previous version & files copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
    Additional programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                     Account Number ▼
    Microsoft Corporation                                  DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
    Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 705-8104          Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
                                                      ☐ author
                                 Check only one ▶     ☐ other copyright claimant
                                                      ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made   ☒ authorized agent of  Microsoft Corporation
by me in this application are correct to the best of my knowledge.                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
    Judy K.K. Weston                                              Date ▶  1-07-04

Handwritten signature (X) ▼
X

**Mail certificate to:**
Name ▼
    Microsoft Corporation, ATTN: Judy Weston
    Law and Corporate Affairs
Number/Street/Apt ▼
    One Microsoft Way
City/State/ZIP ▼
    Redmond, WA 98052

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT 5**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-852-649

EFFECTIVE DATE OF REGISTRATION

12   9   03
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office PowerPoint 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared   **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

**2**
**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**3**
**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given.
2003   ◀ Year in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information   Month ▶ October   Day ▶ 21   Year ▶ 2003
ONLY if this work has been published.
U.S.A.   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 0 9 2003
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 0 9 2003
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY                                          FORM TX

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a ☐ This is the first published edition of a work previously registered in unpublished form.
b ☐ This is the first application submitted by this author as copyright claimant.
c ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼
TX 5-318-232                                            2001

**6** DERIVATIVE WORK OR COMPILATION
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
a   Previous version & files copyrighted by various third parties

See instructions
before completing
this space.

b   Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional programming text, additional written text, and editorial revisions

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
a   Name ▼                                                   Account Number ▼
    Microsoft Corporation                                  DA063819

CORRESPONDENCE Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
b   Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052
    Area code and daytime telephone number ▶ (425) 706-9104       Fax number ▶ (425) 936-7329
    Email ▶ judywe@microsoft.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
                                                Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Microsoft Corporation
of the work identified in this application and that the statements made         Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K K. Weston                                                    Date ▶ 12.4.03

        Handwritten signature (X) ▼
    X _____

**9** Mail
certificate
to

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way
City/State/ZIP ▼
Redmond, WA 98052

Certificate
will be
mailed in
window
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
December 1999—80,000                                          ☆U.S. GOVERNMENT PRINTING OFFICE 1999-454-879/50,000

**EXHIBIT 6**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5 – 900 – 038



EFFECTIVE DATE OF REGISTRATION

**JAN 09 2004**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Microsoft Office Word 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month October   Day 21   Year 2003
Nation USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

ONE DEPOSIT RECEIVED
**JAN 09 2004**

TWO DEPOSITS RECEIVED
**JAN 09 2004**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼
TX 5-321,425                                 2001

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Previous version & titles copyrighted by various third parties

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Additional programming text, additional written text, and editorial revisions

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼
Microsoft Corporation     DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Microsoft Corporation, ATTN: Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104     Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Microsoft Corporation
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Judy K.K. Weston                                   Date ▶ 1-07-04

Handwritten signature (X) ▼
X

Mail certificate to:

Name ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs
Number/Street/Apt ▼
One Microsoft Way
City/State/ZIP ▼
Redmond, WA 98052

Certificate will be mailed in window envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**EXHIBIT 7**

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGN    **TX 5-837-518**

EFFECTIVE DATE OF REGISTRATION

12 | 1 | 03

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

TITLE OF THIS WORK ▼
Microsoft Publisher 2003

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**
**a**

NAME OF AUTHOR ▼
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program, documentation & text on product packaging

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**
**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
2003 ◀ Year

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ October    Day ▶ 21    Year ▶ 2003
Nation ▶ USA ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

APPLICATION RECEIVED
DEC 01 2003

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
DEC 01 2003

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

□ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼
TX 5-321-424                                                    2001

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**  Previous Version & files copyrighted by various third parties

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**  Additional programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**  Microsoft Corporation               DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

**b**  Microsoft Corporation, ATTN  Judy Weston
One Microsoft Way
Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                  Check only one ▶  ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☒ authorized agent of Microsoft Corporation
                                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K K Weston                                           Date ▶ 11-11-03

Handwritten signature (X) ▼

X ___Judy KK Weston_____

**8**

**9**

Mail
certificate
to

Certificate
will be
mailed in
window
envelope

Name ▼
Microsoft Corporation, ATTN. Judy Weston
Law and Corporate Affairs

Number/Street/Apt ▼
One Microsoft Way

City/State/ZIP ▼
Redmond, WA 98052

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
December 1999—20,000                                     ⬟ PRINTED ON RECYCLED PAPER     ✡U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/69 108

**EXHIBIT 8**

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*MaryBeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REG ▸ **TX 5-877-513**

EFFECTIVE DATE OF REGISTRATION

Jan 16 2004

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**
Business Contact Manager for Microsoft Office Outlook 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**NAME OF AUTHOR ▼**
Microsoft Corporation

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work - computer software program & documentation

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2003

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
October  Day 21  Year 2003
U.S.A.

**COPYRIGHT CLAIMANT(S)**
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond WA 98052

APPLICATION RECEIVED
JAN 16 2004

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 16 2004

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**MORE ON BACK** ▸ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.  · Sign the form at line 8.

Page 1 of __2__ pages

EXAMINED BY ☐                                    FORM TX

CHECKED BY

☐ CORRESPONDENCE                               FOR
  Yes                                          COPYRIGHT
                                               OFFICE
                                               USE
                                               ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

    Files copyrighted by various third parties

                                                              See instructions
                                                              before completing
Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**7**

    Microsoft Corporation                    DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

    Microsoft Corporation, ATTN: Judy Weston
    One Microsoft Way
    Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 706-9104          Fax number ▶ (425) 936-7329
Email ▶ judywe@microsoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                    ☐ author
                   Check only one ▶ ☐ other copyright claimant
                                    ☐ owner of exclusive right(s)
                                    ☒ authorized agent of Microsoft Corporation

**8**

of the work identified in this application and that the statements made    Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                          Date ▶ 1·13·04

        Handwritten signature (X) ▼

    X _____

The filing fee of $30.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**9**

Mail          Name ▼    Microsoft Corporation, ATTN: Judy Weston
certificate            Law and Corporate Affairs
to:
              Number/Street/Apt ▼
Certificate            One Microsoft Way
will be
mailed in     City/State/ZIP ▼
window                 Redmond, WA 98052
envelope

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
December 1998—45,000                                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1998-454-879/60,050

**EXHIBIT 9**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 5-901-713

EFFECTIVE DATE OF REGISTRATION

3  20  04
Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**

**TITLE OF THIS WORK ▼**
Microsoft Office Access 2003

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**
**a**

**NAME OF AUTHOR ▼**
Microsoft Corporation

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work: computer software program, documentation & text on product packaging

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2003 ◀ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 21   Year ▶ 2003
U S A   ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 20 2004
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 20 2004
FUNDS RECEIVED

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.    Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___2___ pages

| EXAMINED BY | ✓ | | FORM TX |
|---|---|---|---|
| CHECKED BY | | | |
| ☐ CORRESPONDENCE<br>☐ Yes | | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work  or for an earlier version of this work  already been made in the Copyright Office?

☒ Yes · ☐ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☒ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼     Year of Registration ▼

TX 6 321 421     2001

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

a  Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

b  Additional programming text  additional written text  and editorial revisions

**6**

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account
Name ▼                Account Number ▼

a  Microsoft Corporation     DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent   Name/Address/Apt/City/State/ZIP ▼

b  Microsoft Corporation  ATTN  Judy Weston
One Microsoft Way
Redmond  WA 98052

Area code and daytime telephone number ▶ (425) 706 9104     Fax number ▶ (425) 936-7329

Email ▶ judywe@microsoft com

**7**

**CERTIFICATION*** I  the undersigned  hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Microsoft Corporation
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Judy K K Weston     Date ▶ March 4  2004

Handwritten signature (X) ▼

X _____

**8**

**Mail
certificate
to**

| Name ▼ | Microsoft Corporation  ATTN  Judy Weston<br>Law and Corporate Affairs |
|---|---|
| Number/Street/Apt ▼ | One Microsoft Way |
| City/State/ZIP ▼ | Redmond  WA 98052 |

**Certificate
will be
mailed in
window
envelope**

**9**

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3 Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

December 1999—30 000     ⬆ PRINTED ON RECYCLED PAPER     ☆U S  GOVERNMENT PRINTING OFFICE  1999-454-879/80 080

**EXHIBIT 10**



N° 1200236

## THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof.

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks.

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this sixth day of July, 1982.

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236·
Registered Jul. 6, 1982

TRADEMARK
SERVICE MARK
Principal Register

## MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

### Certificate of Correction

Registered July 6, 1982                    Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.

Attest:

**EXHIBIT 11**



N.º 1256083

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this first day of November, 1983.

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,256,083
Registered Nov. 1, 1983

## TRADEMARK
Principal Register

## MICROSOFT

Microsoft Corporation (Washington corporation)
10700 Northup Way
Bellevue, Wash. 98004

For: COMPUTER HARDWARE AND SOFT-
WARE MANUALS; NEWSLETTER FEATUR-
ING INFORMATION ABOUT COMPUTER
HARDWARE AND SOFTWARE AND GENER-
AL INFORMATION RELATING TO COMPUT-
ERS FOR MANUFACTURERS, DISTRIBUTORS,
AND USERS OF COMPUTERS AND COMPUT-
ER SOFTWARE; AND COMPUTER DOCUMEN-
TATION—NAMELY, REFERENCE, USER,
INSTRUCTIONAL, AND GENERAL UTILITIES
MANUALS AND DATA SHEETS FOR COM-
PUTER HARDWARE AND SOFTWARE USERS,
in CLASS 16 (U.S. Cl. 38).

First use Nov. 1975; in commerce Nov. 1975.

Ser. No. 373,992, filed Jul. 12, 1982.

J. H. WEBB, Examining Attorney

**EXHIBIT 12**



Int. Cl.: 9

Prior U.S. Cl.: 38

Reg. No. 1,872,264

**United States Patent and Trademark Office**  Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANU-ALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10-18-1983; IN COMMERCE 10-18-1983.

SEC. 2(F).

SER. NO. 74-090,419, FILED 8-20-1990.

ESTHER BELENKER, EXAMINING ATTOR-NEY



### The United States of America

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

## PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this tenth day of January 1995.

*Bruce Lehman*

Commissioner of Patents and Trademarks

# NOTICE

*This Registration will be canceled by the Commissioner of Patents and Trademarks at the end of six years following the date of registration, unless within one year next preceding the expiration of such six years, the registrant files in the Patent and Trademark Office an affidavit showing that said mark is in use in Commerce or showing that its nonuse is due to special circumstances which excuse such nonuse and is not due to any intention to abandon the mark. A fee of $100.00 for each class must accompany the affidavit.*

**EXHIBIT 13**

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**United States Patent and Trademark Office**

**Reg. No. 2,744,843**
Registered July 29, 2003

## TRADEMARK
## PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES, WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; COMPUTERS; COMPUTER HARDWARE; AND FULL LINE OF COMPUTER APPLICATION PROGRAMS; COMPUTER PERIPHERALS; COMPU-

TER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350, 1,816,354, AND OTHERS.

THE MARK CONSISTS OF A FLAG DESIGN. THE UPPER LEFT PORTION OF THE FLAG IS RED, THE LOWER LEFT PORTION IS BLUE, THE UPPER RIGHT PORTION IS GREEN, AND THE LOWER RIGHT PORTION IS YELLOW. COLOR IS CLAIMED AS PART OF THE MARK.

**EXHIBIT 14**

Prior U.S. 1.: 38

Reg. No. 1,475,795
d Feb. 9, 1988

Int. Cl.: 9

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Corrected

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### POWERPOINT

COMMERC

987.

MICROSOFT CORPORATION (DELA-
WARE CORPORATION)
BOX 97017
16011 NE WAY
RODMOND, WA 930739717, ASSIGNEE
OF FORETHOUGHT, INC. (CALIFOR-
NIA CORPORATION) SUNNYVALE,
CA

FOR: PRERECORDED COMPUTER
PROGRAMS RECORDED ON MAGNET-
IC DISKS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 4-20-1987; IN COMMERCE
4-20-1987.

SER. NO. 669,735, FILED 6-29-1987.

INING ATTO



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 28, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS



№ 1475795

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this ninth day of February, 1988.

Commissioner of Patents and Trademarks

**EXHIBIT 15**



The United States of America

N⁰ 1741086

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof.

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, as amended, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for TEN years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-second day of December 1992.

Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,741,086
Registered Dec. 22, 1992

## TRADEMARK
### PRINCIPAL REGISTER

## MICROSOFT ACCESS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR USE WITH DATA BASES AND MANUALS THEREFOR, SOLD AS A UNIT, IN CLASS 9 (U.S. CL. 38).

FIRST USE 9-19-1985; IN COMMERCE 9-19-1985.
OWNER OF U.S. REG. NOS. 1,200,236, 1,682,075 AND OTHERS.

SER. NO. 74-272,857, FILED 5-6-1992.

KATHLEEN COONEY, EXAMINING ATTORNEY

**EXHIBIT 16**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,188,125

Registered Sep. 8, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# OUTLOOK

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399 MICROSOFT COR-PORATION (WASHINGTON CORPORATION)

FOR: COMPUTER PROGRAMS FOR PRO-VIDING ENHANCED ELECTRONIC MAIL AND SCHEDULING CAPABILITIES, FOR USE BY INDIVIDUAL COMPUTER USERS, NAMELY, COMPUTER PROGRAMS FOR MAN-AGING, VIEWING, AND EDITING FILES, DOCUMENTS, ELECTRONIC MAIL MES-SAGES AND PRIVATE NETWORK AND GLOBAL COMPUTER NETWORK COMMUNI-CATIONS; COMPUTER PROGRAMS FOR MEETING AND EVENT SCHEDULING, MAN-AGING GROUP CALENDARS, TASK DELE-GATION AND REPORTING, RECORDING NOTES, TRANSFERRING DATA TO AND FROM DATA BASES AND TO AND FROM COMPUTER PROGRAMS AND COMPUTER FILES; ADDRESS BOOK PROGRAMS, TELE-PHONE DIALING PROGRAMS, PROGRAMS FOR CORRECTING TYPOGRAPHICAL AND CAPITALIZATION ERRORS, PROGRAMS FOR TALLYING VOTING RESPONSES; AND IN-STRUCTION MANUALS THEREFOR SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1997; IN COMMERCE 1-1-1997.

SN 75-053,439, FILED 2-5-1996.

FRANCES G. SMITH, EXAMINING ATTOR-NEY



## The United States of America

## CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office, that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks, and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are a part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



Bruce Lehman

Commissioner of Patents and Trademarks

**EXHIBIT 17**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,999,281

**United States Patent and Trademark Office**

Registered Sep. 20, 2005

Corrected

OG Date May 16, 2006

## TRADEMARK
## PRINCIPAL REGISTER





MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

THE MARK CONSISTS OF FOUR SQUARE CROSS-SECTION SOLIDS EACH HAVING A GENERALLY SQUARE-SHAPED FRAME EXTENDING OUTWARDLY THEREFROM. COLOR IS CLAIMED AS A PART OF THE MARK. THE UPPER LEFT-HAND FRAME IS RED FADING TO ORANGE AND THE UPPER LEFT-HAND SQUARE IS ORANGE. THE UPPER RIGHT-HAND FRAME AND SQUARE ARE BLUE. THE LOWER LEFT-HAND FRAME AND SQUARE ARE YELLOW. THE LOWER RIGHT-HAND FRAME AND SQUARE ARE GREEN.

FOR COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, EMAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, EMAIL ADDRESS AND OTHER CONTACT INFORMATION, MAPPING, GEOGRAPHICAL LOCATIONS, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMPUTER COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS; COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN

*In testimony whereof I have hereunto set my hand*
*and caused the seal of The Patent and Trademark*
*Office to be affixed on May 16, 2006.*



DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

ACCESSING WEBSITES AND EXCHAN-GING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB-SITES, ALL IN THE FIELDS OF BUSI-NESS AND BUSINESS MANAGEMENT AND INFORMATION; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEBSITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER E-COMMERCE SOFTWARE TO ALLOW USERS TO PER-FORM ELECTRONIC BUSINESS TRANS-ACTIONS VIA A GLOBAL COMPUTER NETWORK; COMPUTER SOFTWARE FOR NOTE-TAKING, NAMELY, COMPU-TER SOFTWARE FOR RECORDING, OR-GANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED, HANDWRITTEN AND VOICE FORMAT; COMPUTER COMMUNICA-TIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCU-MENTS FROM WEBSITES ON THE IN-TERNET; AND HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-2003; IN COMMERCE 2-19-2003.

SER. NO. 78-976,277, FILED 11-25-2002.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 16, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

**EXHIBIT 18**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,160,976
Registered Oct. 17, 2006

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, COMPUTER SERVER SOFTWARE FOR USE IN REAL-TIME COMMUNICATIONS FEATURING INSTANT MESSAGING, AUDIO, VIDEO AND DATA EXCHANGE, WEB CONFERENCING AND DOCUMENT SHARING; COMPUTER UTILITY PROGRAMS; COMPUTER SOFTWARE DEVELOPMENT PROGRAMS; COMPUTER SECURITY AND AUTHENTICATION SOFTWARE FOR CONTROLLING ACCESS TO AND COMMUNICATIONS WITH COMPUTERS; APPLICATION AND BUSINESS SOFTWARE FOR USE IN WORD PROCESSING, SPREADSHEETS, DATABASE MANAGEMENT, DATA COLLECTION, DATA ANALYSIS, GRAPHICS, CAD/CAM FOR GENERAL USE, PRESENTATION GRAPHICS, E-MAIL, CALENDAR, SCHEDULING, MANAGING MAILING ADDRESS, TELEPHONE, E-MAIL ADDRESS AND OTHER CONTACT INFORMATION, MAPPING, GEOGRAPHICAL LOCATIONS, ACCOUNTING, CUSTOMER RELATIONSHIP MANAGEMENT, PROJECT MANAGEMENT, DESKTOP PUBLISHING, AND WEB PUBLISHING; COMPUTER SOFTWARE FOR MANIPULATING VIDEO, AUDIO AND GRAPHICS; COMPUTER GAME SOFTWARE; COMMUNICATIONS SOFTWARE FOR MANAGING THE EXCHANGE OF COMMUNICATIONS AND DATA AND INFORMATION OVER COMPUTER NETWORKS, WIRELESS NETWORKS, AND GLOBAL COMMUNICATIONS NETWORKS;COMPUTER COMMUNICATIONS SOFTWARE FOR USE IN ACCESSING WEB SITES AND EXCHANGING INFORMATION AND DATA AND OBTAINING SERVICES FROM WEB SITES, ALL IN THE FIELDS OF BUSINESS AND BUSINESS MANAGEMENT AND INFORMATION; COMPUTER SOFTWARE FOR USE IN DEVELOPING WEB SITES, OPERATING ELECTRONIC MAIL AND PROVIDING COMPUTER SECURITY; COMPUTER E-COMMERCE SOFTWARE TO ALLOW USERS TO PERFORM ELECTRONIC BUSINESS TRANSACTIONS VIA A GLOBAL COMPUTER NETWORK; COMPUTER SOFTWARE FOR NOTE-TAKING, NAMELY, COMPUTER SOFTWARE FOR RECORDING, ORGANIZING, EDITING AND TRANSMITTING INFORMATION IN TYPED HANDWRITTEN AND VOICE FORMAT; COMPUTER COMMUNICATIONS SOFTWARE FOR ACCESSING WEB MESSAGING AND SHARED DOCUMENTS FROM WEB SITES ON THE INTERNET; AND HOUSE MARK FOR A FULL LINE OF BUSINESS SOFTWARE APPLICATIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-19-2003; IN COMMERCE 2-19-2003.

SN 78-977,451, FILED 11-25-2002.

JOHN GARTNER, EXAMINING ATTORNEY



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.*** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



Jon W. Dudas

*Director of the United States Patent and Trademark Office*