```
 1  Audra M Mori, Bar No. 162850
    Katherine M. Dugdale, Bar No. 168014
 2  Jennifer N. Chiarelli, Bar No. 212253
    PERKINS COIE LLP
 3  1620 26th Street
    Sixth Floor, South Tower
 4  Santa Monica, CA 90404-4013
    Telephone: 310.788.9900; Facsimile: 310.788.3399
 5  E-mail: Amori@perkinscoie.com;
    Kdugdale@perkinscoie.com;
 6  Jchiarelli@perkinscoie.com

 7  Attorneys for Plaintiff
    MICROSOFT CORPORATION
 8
```

FILED
2007 JUN 27 P 2: 24
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

GENNADEY BATRAKOV, an individual,

    Defendant.

Case No. C07 03381 BZ

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

[Civil L.R. 3-16]

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 25, 2007

PERKINS COIE LLP

By: _____
Katherine M. Dugdale

Attorneys for Plaintiff
MICROSOFT CORPORATION

41826-5023/LEGAL13352023.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS