1  Audra M Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA  90404-4013
   Telephone: 310.788.9900; Facsimile: 310.788.3399
5  E-mail: Amori@perkinscoie.com; Kdugdale@perkinscoie.com;
   Jchiarelli@perkinscoie.com
6
   Attorneys for Plaintiff
7  MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant | CASE NO. C 07-03381 BZ<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>[Civil L.R. 6-1(a)] |

1  **IT IS HEREBY STIPULATED** by and between Plaintiff Microsoft Corporation
2  ("Microsoft") and Defendant Gennadey Batrakov, an individual, ("Defendant"), through their
3  counsel of record, that Defendant shall have up to and including July 31, 2007, to answer or
4  otherwise respond to Microsoft's Complaint.

5  **IT IS SO STIPULATED:**

7  DATED: July __, 2007                    PERKINS COIE LLP

9                                          By: _____
                                            Jennifer N. Chiarelli
10                                          Attorneys for Plaintiff
                                            MICROSOFT CORPORATION

12  DATED: July __, 2007                   LAW OFFICES OF VIVIAN LU

14                                          By: _____
                                            Tracy L. Wood
15                                          Attorneys for Defendant
                                            GENNADEY BATRAKOV

- 2 -
STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT
CASE NO. C 07-03381 BZ

41826-5197/LEGAL13381966.1

1  IT IS HEREBY STIPULATED by and between Plaintiff Microsoft Corporation
2  ("Microsoft") and Defendant Gennadey Batrakov, an individual, ("Defendant"), through their
3  counsel of record, that Defendant shall have up to and including July 31, 2007, to answer or
4  otherwise respond to Microsoft's Complaint.
5  IT IS SO STIPULATED:
6
7  DATED: July __, 2007                    PERKINS COIE LLP
8
9                                          By:_____
                                            Jennifer N. Chiarelli
10                                          Attorneys for Plaintiff
                                            MICROSOFT CORPORATION
11
12 DATED: July 11, 2007                    LAW OFFICES OF VIVIAN LU
13
14                                          By:_____
                                            Tracy L. Wood
15                                          Attorneys for Defendant
                                            GENNADEY BATRAKOV
16

- 2 -

28 STIPULATION EXTENDING TIME TO RESPOND TO
COMPLAINT
CASE NO. C 07-03381 BZ

41826-5197/LEGAL13381966.1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

    On July 11, 2007, I served a true copy of **STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| Tracy L. Wood, Esq.<br>Law Office of Vivian Lu<br>35485-B Dumbarton Court<br>Newark, CA  94560<br>Telephone:  (510) 494-1188<br>Facsimile:  (510) 494-1166 | Attorneys for Defendant GENNADEY BATRAKOV |

[XX] **(BY MAIL)** I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ] **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above.

[ ] **(BY OVERNIGHT)** I caused each envelope, with postage fully prepaid, to be sent by DHL Express..

[ ] **(BY E-MAIL)** I served a true copy of on the interested parties in this action by email, addressed as follows:

[XX] **(BY FACSIMILE/TELECOPY)** I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

41826-5197/LEGAL13383127.1

1  [XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
2
3  Executed on July 11, 2007, at Santa Monica, California.
4
5  *[signature]*
6  SANAYE KUMAGAI
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

41826-5197/LEGAL13383127.1