1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA 90404-4013
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399
   AMori@perkinscoie.com;
6  Dugdale@perkinscoie.com
   JChiarelli@perkinscoie.com
7
   Attorneys for Plaintiff
8  MICROSOFT CORPORATION

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   MICROSOFT CORPORATION, a            Case No. C 07-03381 BZ
13 Washington corporation,
                                       AMENDED PROOF OF SERVICE OF
14              Plaintiff,             SUMMONS AND COMPLAINT ON
                                       DEFENDANT GENNADEY BATRAKOV,
15       v.                            AN INDIVIDUAL

16 GENNADEY BATRAKOV, an individual,

17              Defendant.

18

19

20

21 DATED: July 12, 2007               **PERKINS COIE LLP**

22
                                      By: s/Jennifer N. Chiarelli
23                                       Jennifer N. Chiarelli
                                         Attorneys for Plaintiff
24                                       MICROSOFT CORPORATION

25

26

27

28

AMENDED PROOF OF SERVICE OF SUMMONS AND
COMPLAINT                                -1-
CASE NO. C 07-03381 BZ

NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY

KATHERINE M. DUGDALE, ESQ.
PERKINS COIE LLP
1620 26TH STREET, SIXTH FLOOR - SOUTH
SANTA MONICA, CA 90404
Telephone: (310) 788-9900

Attorney for: Plaintiff

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| MICROSOFT CORPORATION | CASE NUMBER |
|---|---|
| Plaintiff, | C07 03381 BZ |
| GENNADEY BATRAKOV | **DECLARATION OF SERVICE** |
| Defendant. | |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CIVIL COVER SHEET; DISTRICT COURT GUIDELINES; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE (BLANK); JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER (BLANK); NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (BLANK); CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (BLANK); DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (BLANK); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

in the within action by personally delivering true copies thereof to the person served as follows:

Served            : GENNADEY BATRAKOV

By Serving        : Steve Plotnikov, Co-Occupant Of The Residence /
                    Subject's Son
Address           : ( Home )

                    345 Kielv Blvd. #C101
                    San Jose, Ca 95129
Date of Service   : June 27, 2007

Time of Service   : 5:00PM

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: June 27, 2007

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700
Registered SANTA CLARA
Number 1028

Signature: _____
DAVID NORIEGA

KATHERINE M. DUGDALE, ESQ.
PERKINS COIE LLP
1620 26TH STREET, SIXTH FLOOR - SOUTH TOWER
SANTA MONICA, CA 90404
Telephone: (310) 788-9900
Attorney for: Plaintiff


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

Plaintiff : MICROSOFT CORPORATION
Defendant : GENNADEY BATRAKOV

Ref # 60773518          **DECLARATION OF MAILING**          Case No. C07 03381 BZ

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CIVIL COVER SHEET; DISTRICT COURT GUIDELINES; ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; ORDER SETTING CASE MANAGEMENT CONFERENCE (BLANK); JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER (BLANK); NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL (BLANK); CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE (BLANK); DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (BLANK); STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT


in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Jose, California, addressed as follows:


GENNADEY BATRAKOV

( Home )
345 Kielv Blvd. #C101
San Jose, Ca 95129

Date of mailing: June 27, 2007



Person serving:
ROBINA ALVES

County Legal & Notary Service
255 N. Market Street, Suite 246
San Jose, California 95110
Telephone: (408) 295-2700

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration no.: 1029
(3) County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Date: June 27, 2007                    Signature: *Robina Alves*

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA



MICROSOFT CORPORATION, a Washington corporation

v.

GENNADEY BATRAKOV, an individual

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

E-FILING  C07 03381 BZ

TO: (Name and address of defendant)

GENNADEY BATRAKOV

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Katherine M. Dugdale
PERKINS COIE LLP
1620 26th Street, Sixth Floor - South Tower
Santa Monica, CA  90404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 6-27-07

(BY) DEPUTY CLERK

SANDY MORRIS

1 **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On July 12, 2007, I served a true copy of **AMENDED PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT GENNADEY BATRAKOV, AN INDIVIDUAL** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| Tracy L. Wood, Esq.<br>Law Office of Vivian Lu<br>35485-B Dumbarton Court<br>Newark, CA 94560<br>Telephone: (510) 494-1188<br>Facsimile: (510) 494-1166 | Attorneys for Defendant GENNADEY BATRAKOV |

[XX] **(BY MAIL)** I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ] **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above.

[ ] **(BY OVERNIGHT)** I caused each envelope, with postage fully prepaid, to be sent by DHL Express..

[ ] **(BY E-MAIL)** I served a true copy of on the interested parties in this action by email, addressed as follows:

[ ] **(BY FACSIMILE/TELECOPY)** I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

41826-5197/LEGAL13383127.1

1  [XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of
2  this court at whose direction the service was made.

3  Executed on July 12, 2007, at Santa Monica, California.

*[signature]*
SANAYE KUMAGAI

41826-5197/LEGAL13383127.1