Vivian Lu, Bar No. 209463
Tracy Lee Wood, Bar No. 209362
Law Offices of Vivian Lu
35485-B Dumbarton Court
Newark, CA 94560
Tel; 510-494-1188
Fax: 510-494-1166

Attorneys for Defendant
GENNADEY BATRAKOV



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> GENNADEY BATRAKOV, an individual, <br><br> Defendant. | Case No.: CO7 03381BZ <br><br> **DEFENDANT GENNADEY BATRAKOV'S ANSWER TO PLAINTIFF'S COMPLAINT** |



COMES NOW Defendant GENNADEY BATRAKOV ("Defendant") in the above-entitled action and answering the unverified Complaint of Plaintiff MICROSOFT CORPORATION ("Plaintiff") as follows:

1.  In response to paragraph 1, Defendant BATRAKOV lacks information to admit or deny the allegations.

2.  In response to paragraph 2, Defendant BATRAKOV denies the allegations.

3.  In response to paragraph 3, Defendant BATRAKOV denies the allegations.

4.  In response to paragraph 4, Defendant BATRAKOV lacks information to admit or deny the allegations.

---

5. In response to paragraph 5, Defendant BATRAKOV lacks information to admit or deny the allegations.

6. In response to paragraph 6, Defendant BATRAKOV lacks information to admit or deny the allegations.

7. In response to paragraph 7, Defendant BATRAKOV lacks information to admit or deny the allegations.

8. In response to paragraph 8, Defendant BATRAKOV lacks information to admit or deny the allegations.

9. In response to paragraph 9, Defendant BATRAKOV lacks information to admit or deny the allegations.

10. In response to paragraph 10, Defendant BATRAKOV lacks information to admit or deny the allegations.

11. In response to paragraph 11, Defendant BATRAKOV lacks information to admit or deny the allegations.

12. In response to paragraph 12, Defendant BATRAKOV denies the allegations.

13. In response to paragraph 13, Defendant BATRAKOV denies the allegations.

14. In response to paragraph 14, Defendant BATRAKOV denies the allegations.

15. In response to paragraph 15, Defendant BATRAKOV denies the allegations.

16. In response to paragraph 16, Defendant BATRAKOV denies the allegations.

17. In response to paragraph 17, Defendant BATRAKOV denies the allegations.

ANSWER OF GENNADEY BATRAKOV
*Microsoft v. Batrakov*  Case No. C07 03381BZ

18. In response to paragraph 18, Defendant BATRAKOV denies the allegations.

19. In response to paragraph 19, Defendant BATRAKOV denies the allegations.

20. In response to paragraph 20, Defendant BATRAKOV denies the allegations.

21. In response to paragraph 21, Defendant BATRAKOV denies the allegations.

22. In response to paragraph 22, Defendant BATRAKOV denies the allegations.

23. In response to paragraph 23, Defendant BATRAKOV denies the allegations.

24. Paragraph 24 is answered by responses 1 through 23 inclusive.

25. In response to paragraph 25, Defendant BATRAKOV lacks information to admit or deny the allegations.

26. In response to paragraph 26, Defendant BATRAKOV denies the allegations.

27. In response to paragraph 27, Defendant BATRAKOV denies the allegations.

28. In response to paragraph 28, Defendant BATRAKOV denies the allegations.

29. In response to paragraph 29, Defendant BATRAKOV denies the allegations.

30. In response to paragraph 30, Defendant BATRAKOV denies the allegations.

31. In response to paragraph 31, Defendant BATRAKOV denies the allegations.

32. Paragraph 32 is answered by responses 1 through 31 inclusive.

33. In response to paragraph 33, Defendant BATRAKOV denies the allegations.

34. In response to paragraph 34, Defendant BATRAKOV lacks information to admit or deny the allegations.

35. In response to paragraph 35, Defendant BATRAKOV lacks information to admit or deny the allegations.

36. In response to paragraph 36, Defendant BATRAKOV denies the allegations.

37. In response to paragraph 37, Defendant BATRAKOV denies the allegations.

38. In response to paragraph 38, Defendant BATRAKOV denies the allegations.

39. In response to paragraph 39, Defendant BATRAKOV denies the allegations.

40. In response to paragraph 40, Defendant BATRAKOV denies the allegations.

41. In response to paragraph 41, Defendant BATRAKOV denies the allegations.

42. In response to paragraph 42, Defendant BATRAKOV denies the allegations.

43. In response to paragraph 43, Defendant BATRAKOV denies the allegations.

    44. Paragraph 44 is answered by responses 1 through 43 inclusive.

    45. In response to paragraph 45, Defendant BATRAKOV lacks information to admit or deny the allegations.

    46. In response to paragraph 46, Defendant BATRAKOV lacks information to admit or deny the allegations.

    47. In response to paragraph 47, Defendant BATRAKOV lacks information to admit or deny the allegations.

    48. In response to paragraph 48, Defendant BATRAKOV denies the allegations.

    49. In response to paragraph 49, Defendant BATRAKOV denies the allegations.

    50. In response to paragraph 50, Defendant BATRAKOV denies the allegations.

    51. In response to paragraph 51, Defendant BATRAKOV denies the allegations.

    52. Paragraph 52 is answered by responses 1 through 51 inclusive.

    53. In response to paragraph 53, Defendant BATRAKOV denies the allegations.

    54. In response to paragraph 54, Defendant BATRAKOV denies the allegations.

    55. In response to paragraph 55, Defendant BATRAKOV denies the allegations.

    56. Paragraph 56 is answered by responses 1 through 55 inclusive.

ANSWER OF GENNADEY BATRAKOV
Microsoft v. Batrakov  Case No. C07 03381BZ

57. In response to paragraph 57, Defendant BATRAKOV denies the allegations.

58. In response to paragraph 58, Defendant BATRAKOV denies the allegations.

59. In response to paragraph 59, Defendant BATRAKOV denies the allegations.

60. In response to paragraph 60, Defendant BATRAKOV denies the allegations.

61. Paragraph 61 is answered by responses 1 through 60 inclusive.

62. In response to paragraph 62, Defendant BATRAKOV denies the allegations.

63. In response to paragraph 63, Defendant BATRAKOV denies the allegations.

64. In response to paragraph 64, Defendant BATRAKOV denies the allegations.

### AFFIRMATIVE DEFENSES

65. The complaint names the wrong individual as the Defendant, Gennadey Batrakov has not engaged in software sales over the internet, his wife has, her name was Janna Batrakov, however she died of gastric cancer on March 12, 2007.

66. Each and every cause of action fails to state a claim upon which relief may be granted.

67. Plaintiff's claims are barred by the statute of limitations.

### PRAYER FOR RELIEF

WHEREFORE, Defendant BATRAKOV prays for judgment against Plaintiff, as follows:

1. Plaintiff's Complaint be denied and dismissed with prejudice.
2. For costs of suit herein incurred, including reasonable attorney's fees as permitted by law; and
3. For such other and further relief as the Court may deem proper.

DATED: July 27, 2007                    LAW OFFICES OF VIVIAN LU

By: _____
Tracy L. Wood, Esq.
Vivian Lu, Esq.
Attorneys for Defendant

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )
COUNTY OF SANTA CLARA      )

I, Angel Zhu, am employed in the city of Newark and the county of Alameda, State of California. I am over the age of 18 and not a party to the within action; my business address is the Law Offices of Vivian Lu, 35485-B Dumbarton Court, Newark, CA 94560.

On July 27, 2007, I caused to be served the **DEFENDANT GENNADEY BATRAKAV'S ANSWER TO PLAINTIFF'S COMPLAINT** in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:
Katherine M. Dugdale, Esq.
Perkins Coie LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013

7

ANSWER OF GENNADEY BATRAKOV
*Microsoft v. Batrakov* Case No. C07 03381BZ

|   |   |
|---|---|
| **X** | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
|   | (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.) |
|   | (BY NEXT-DAY DELIVERY): Via Federal Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Federal Express. In the ordinary course of business, this correspondence would be dropped off at the Federal Express office located at 221 East Walnut Street, Pasadena, California 91101. |
|   | (BY PERSONAL SERVICE) By causing to be delivered by hand to the offices of the addressee(s). |

I declare under penalty of perjury under the laws of the State of California and the United States of America that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2007, at Newark, California.

Angela Zhu

8

ANSWER OF GENNADEY BATRAKOV
*Microsoft v. Batrakov*  Case No. C07 03381BZ