Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone: 310.788.9900
Facsimile:  310.788.3399
AMori@perkinscoie.com
KDugdale@perkinscoie.com
JChiarelli@perkinscoie.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>                    Defendant. | Case No. C 07-03381 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED:  September 28, 2007          **PERKINS COIE** LLP


                                   By:   s/Katherine M. Dugdale
                                          Katherine M. Dugdale
                                          Attorneys for Plaintiff
                                          MICROSOFT CORPORATION

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE AND REQUEST FOR                    -1-
REASSIGNMENT CASE NO. C 07-03381 BZ

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On September 28, 2007, I served a true copy of **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

| | |
|---|---|
| Vivian Lu, Esq.<br>Tracy Lee Wood, Esq.<br>Law Office of Vivian Lu<br>35485-B Dumbarton Court<br>Newark, CA  94560<br>Telephone: (510) 494-1188<br>Facsimile:  (510) 494-1166 | Attorneys for Defendant GENNADEY BATRAKOV |

[XX]  **(BY MAIL)** I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

[ ]  **(BY HAND DELIVERY)** I caused each envelope to be delivered by hand to the offices listed above.

[ ]  **(BY OVERNIGHT)** I caused each envelope, with postage fully prepaid, to be sent by DHL Express..

[ ]  **(BY E-MAIL)** I served a true copy of on the interested parties in this action by email, addressed as follows:

[ ]  **(BY FACSIMILE/TELECOPY)** I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

[ ]  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1  [XX] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of
2  this court at whose direction the service was made.

3  Executed on September 28, 2007, at Santa Monica, California.

4

5

6  SANAYE KUMAGAI

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

41826-5197/LEGAL13383127.1