1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA  90404-4013
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399
   AMori@perkinscoie.com
6  KDugdale@perkinscoie.com
   JChiarelli@perkinscoie.com
7
   Attorneys for Plaintiff
8  MICROSOFT CORPORATION

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

13 MICROSOFT CORPORATION, a          Case No. C 07-03381 BZ
   Washington corporation,
                                     JOINT ADR CERTIFICATION BY PARTIES
14              Plaintiff,           AND COUNSEL

15       v.

16 GENNADEY BATRAKOV, an individual,

17              Defendant.

18

19

20

21

22

23

24

25

26

27

28

1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA  90404-4013
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399
   AMori@perkinscoie.com
6  KDugdale@perkinscoie.com
   JChiarelli@perkinscoie.com
7
   Attorneys for Plaintiff
8  MICROSOFT CORPORATION

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 MICROSOFT CORPORATION, a            Case No. C 07-03381 BZ
   Washington corporation,
13                                      ADR CERTIFICATION BY PARTIES AND
14              Plaintiff,              COUNSEL

15      v.

16 GENNADEY BATRAKOV, an individual,

17              Defendant.

18

19       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

20 that he or she has:

21       (1)     Read the handbook entitled *"Dispute Resolution Procedures in the Northern*

22 *District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited*

23 *printed copies are available from the clerk's office for parties in cases not subject to the court's*

24 *Electronic Case Filing program (ECF) under General Order 45);*

25       (2)     Discussed the available dispute resolution options provided by the Court and

26 private entities; and

27

28

1      (3)    Considered whether this case might benefit from any of the available disputed

2  resolution options.

3

4  DATED: _____, 2007        **MICROSOFT CORPORATION**

5

6                          By: _____

7                             Plaintiff

8

9  DATED: Oct. 1, 2007          **PERKINS COIE LLP**

10

11                          By: _____

12                            Katherine M. Dugdale
                                 Attorneys for Plaintiff
                                 MICROSOFT CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1       (3)    Considered whether this case might benefit from any of the available disputed

2   resolution options.

3

4   DATED: __1 Oct.__ , 2007       **MICROSOFT CORPORATION**

5

6                                         By: _____

7                                           Plaintiff

8

9   DATED: _____, 2007      **PERKINS COIE LLP**

10

11                                          By: _____

12                                          Katherine M. Dugdale
                                        Attorneys for Plaintiff
                                        MICROSOFT CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s),

v.

Defendant(s).
_____/

Case No.

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/1/07

Dated: 10/1/07

[Party]

[Counsel]