1 | Audra M. Mori, Bar No. 162850
2 | Katherine M. Dugdale, Bar No. 168014
    Jennifer N. Chiarelli, Bar No. 212253
3 | PERKINS COIE LLP
    1620 26th Street
4 | Sixth Floor, South Tower
    Santa Monica, CA 90404-4013
5 | Telephone: 310.788.9900
    Facsimile: 310.788.3399
6 | AMori@perkinscoie.com
    KDugdale@perkinscoie.com
7 | JChiarelli@perkinscoie.com

8 | Attorneys for Plaintiff
    MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant. | Case No. C 07-03381 BZ<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**      **Mediation (ADR L.R. 6)**

///

///

///

///

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS        -1-
CASE NO. C 07-03381 BZ

The parties agree to hold the ADR session by: 120 days. The parties have agreed to pursue informal settlement discussions.

DATED: Sept. 28, 2007

PERKINS COIE LLP

By: _____
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: _____, 2007

**LAW OFFICE OF VIVIAN LU**

By: _____
Tracy Lee Wood
Attorneys for Defendant GENNADEY BATRAKOV

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Mediation

Deadline for ADR session

    120 days from the date of this order.

**IT IS SO ORDERED.**

Dated: _____   _____

United States District Judge

| | | |
|---|---|---|
| 3 | | |
| 4 | DATED: Sept. 28, 2007 | PERKINS COIE LLP |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Katherine M. Dugdale<br>Attorneys for Plaintiff<br>MICROSOFT CORPORATION |
| 8 | | |
| 9 | DATED: 10/1/, 2007 | LAW OFFICE OF VIVIAN LU |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Tracy Lee Wood<br>Attorneys for Defendant GENNADEY BATRAKOV |
| 13 | | |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Mediation

Deadline for ADR session

120 days from the date of this order.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Judge

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS            -2-
CASE NO. C 07-03381 RZ