1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA  90404-4013
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399
   AMori@perkinscoie.com
6  KDugdale@perkinscoie.com
   JChiarelli@perkinscoie.com
7
   Attorneys for Plaintiff
8  MICROSOFT CORPORATION

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

13 | MICROSOFT CORPORATION, a          | Case No. C 07-03381 SBA
   | Washington corporation,           |
14 |                                   | CERTIFICATE OF SERVICE RE: CASE
   |              Plaintiff,           | MANAGEMENT SCHEDULING ORDER
15 |                                   | FOR REASSIGNED CIVIL CASES
   |    v.                             |
16 |                                   |
   | GENNADEY BATRAKOV, an individual, |
17 |                                   |
   |              Defendant.           |
18

19      I, the undersigned, certify that on October 29, 2007 I caused a true and correct copy of the

20 Court's October 26, 2007 Case Management Scheduling Order for Reassigned Civil Cases to be

21 forwarded to the interested parties in this action, with postage thereon fully prepaid, on the same

22 date, following ordinary business practices in an internal collection basket, addressed as follows:

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Certificate of Service re Case Management Schedudling
Order for Reassigned Civil Cases                              -1-
CASE NO. C 07-03381 BZ

| | |
|---|---|
| Vivian Lu, Esq.<br>Tracy Lee Wood, Esq.<br>Law Office of Vivian Lu<br>35485-B Dumbarton Court<br>Newark, CA 94560<br>Telephone: (510) 494-1188<br>Facsimile: (510) 494-1166 | Attorneys for Defendant GENNADEY BATRAKOV |

DATED: October 29, 2007

**PERKINS COIE** LLP

By: _____
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

Certificate of Service re Case Management Schedudling
Order for Reassigned Civil Cases                                    -2-
Case No. C 07-03381 SBA