1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  Jennifer N. Chiarelli, Bar No. 212253
   PERKINS COIE LLP
3  1620 26th Street
   Sixth Floor, South Tower
4  Santa Monica, CA 90404-4013
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399
   AMori@perkinscoie.com
6  KDugdale@perkinscoie.com
   JChiarelli@perkinscoie.com
7
   Attorneys for Plaintiff
8  MICROSOFT CORPORATION

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
13 MICROSOFT CORPORATION, a          Case No. C 07-03381 BZ SBA
   Washington corporation,
                                     STIPULATION AND [PROPOSED] ORDER
14              Plaintiff,           SELECTING ADR PROCESS

15      v.

16 GENNADEY BATRAKOV, an individual,

17              Defendant.

18
19
20      Counsel report that they have met and conferred regarding ADR and have reached the
21 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
22      The parties agree to participate in the following ADR process:
23      **Court Processes:**        **Mediation (ADR L.R. 6)**
24 / / /
25 / / /
26 / / /
27 / / /
28

The parties agree to hold the ADR session by: 120 days. The parties have agreed to pursue informal settlement discussions.

DATED: Sept. 28, 2007            PERKINS COIE LLP

By: _____
Katherine M. Dugdale
Attorneys for Plaintiff
MICROSOFT CORPORATION

DATED: _____, 2007    LAW OFFICE OF VIVIAN LU

By: _____
Tracy Lee Wood
Attorneys for Defendant GENNADEY BATRAKOV

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Mediation

Deadline for ADR session

120 days from the date of this order.

**IT IS SO ORDERED.**

Dated: _____       _____
                                           United States District Judge

| | | |
|---|---|---|
| 4 | DATED: Sept. 28, 2007 | PERKINS COIE LLP |
| 5 | | |
| 6 | | By: _____ |
| 7 | | Katherine M. Dugdale<br>Attorneys for Plaintiff<br>MICROSOFT CORPORATION |
| 8 | | |
| 9 | DATED: 10/11, 2007 | LAW OFFICE OF VIVIAN LU |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Tracy Lee Wood<br>Attorneys for Defendant GENNADEY BATRAKOV |

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Mediation

Deadline for ADR session

120 days from the date of this order.

**IT IS SO ORDERED.**

Dated: 12/5/07                                           _____
                                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS                    -2-
CASE NO. C 07-03381 BZ