UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 12/5/07

C-07-03381 SBA          JUDGE: SAUNDRA BROWN ARMSTRONG

Title:   MICROSOFT CORPORATION vs. BATRAKOV
Atty.:   KATHERINE DUGDALE          TRACEY WOOD

Deputy Clerk: Lisa R. Clark          Court Reporter:   N/R

PROCEEDINGS
Plt   DFT
( )   ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE- HELD
( )   ( ) 2.
( )   ( ) 3.
( )   ( ) 4.
( ) Motion(s)    ( ) Granted     ( ) Denied     ( ) Off Calendar
            ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

RESULT OF CASE MANAGEMENT CONFERENCE
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for_____Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off 4/30/08   Expert Discovery Cut-off 5/15/08
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off) 7/1/08
Case Continued to 9/9/08 for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due 8/19/08  Motions in limine/objections to evidence due 8/26/08 Responses to motions in limine and/or responses to objections to evidence due 9/2/08
Case Continued to 9/15/08 for Trial(Court/Jury: 3-5 Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 7/7-8/8/08 BEFORE A MAGISTRATE JUDGE; CASE REFERRED TO COURT MEDIATION cc: WINGS HOM & ADR VIA FAX