| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
|   | AMori@perkinscoie.com |
| 2 | Katherine M. Dugdale, Bar No. 168014 |
|   | KDugdale@perkinscoie.com |
| 3 | Jennifer N. Chiarelli, Bar No. 212253 |
|   | JChiarelli@perkinscoie.com |
| 4 | |
| 5 | PERKINS COIE LLP |
|   | 1620 26th Street |
|   | Sixth Floor, South Tower |
| 6 | Santa Monica, CA  90404-4013 |
|   | Telephone:  310.788.9900 |
| 7 | Facsimile:  310.788.3399 |
| 8 | Attorneys for Plaintiff |
|   | MICROSOFT CORPORATION |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. C 07-03381 SBA MED |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| GENNADEY BATRAKOV, an individual, | |
| Defendant. | |

41826-5197/LEGAL13883315.1                -1-

TO THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties to this lawsuit, Plaintiff Microsoft Corporation ("Microsoft") and Defendant Gennadey Batrakov, an individual, have reached a settlement in the above matter. The parties are in the process of drafting and reviewing settlement documents. Accordingly, the parties will file with the Court a Stipulated Permanent Injunction and a Stipulation for Dismissal with Prejudice on or before March 14, 2008.

DATED: February 14, 2008

PERKINS COIE LLP

By /s/ Jennifer N. Chiarelli
Jennifer N. Chiarelli
Attorneys for Plaintiff
MICROSOFT CORPORATION