1   Audra M. Mori, Bar No. 162850
    AMori@perkinscoie.com
2   Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
3   Jennifer N. Chiarelli, Bar No. 212253
    JChiarelli@perkinscoie.com
4
    PERKINS COIE LLP
5   1620 26th Street
    Sixth Floor, South Tower
6   Santa Monica, CA  90404-4013
    Telephone:  310.788.9900
7   Facsimile:  310.788.3399
8   Attorneys for Plaintiff
    MICROSOFT CORPORATION
9
10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13
    MICROSOFT CORPORATION, a              Case No. C 07-03381 SBA MED
14  Washington corporation,
                                          REQUEST FOR ADDITIONAL TIME TO FILE
15               Plaintiff,               STIPULATION FOR DISMISSAL

16         v.

17  GENNADEY BATRAKOV, an individual,

18               Defendant.

19

20        Plaintiff Microsoft Corporation ("Microsoft") respectfully requests that the parties have an

21  additional thirty days to file the Stipulation for Dismissal and Stipulated Permanent Injunction in

22  this matter.

23        Microsoft and Defendant Gennadey Batrakov, an individual, reached a settlement in the

24  above matter.  Counsel for Microsoft drafted settlement documents and sent the documents to

25  defense counsel for review.  Defense counsel indicated, in accordance with a Notice of

26  Unavailability previously served in the action, he would be unavailable until March 27 to review

27  and finalize the settlement documents.

28

1       On February 14, 2008, counsel for Microsoft filed a Notice of Settlement and indicated

2    the parties would file with the Court a Stipulated Permanent Injunction and a Stipulation for

3    Dismissal with Prejudice on or before March 14, 2008.  However, in light of defense counsel's

4    unavailability, the parties will need additional time to finalize and execute the settlement

5    documents.  As such, Microsoft respectfully requests that the parties have until April 14, 2008 to

6    file the Stipulation for Dismissal and the Stipulated Permanent Injunction.

7

8    DATED:  March 14, 2008                              PERKINS COIE LLP

9                                                                  By /s/ Jennifer N. Chiarelli
                                                                     Jennifer N. Chiarelli
10                                                                   Attorneys for Plaintiff
                                                                     MICROSOFT CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

Good cause appearing therefore, **IT IS SO ORDERED,** that the parties shall have until April 14, 2008 to file the Stipulation for Dismissal and Stipulated Permanent Injunction.

Dated: _____           _____

                                 HON. SAUNDRA B. ARMSTRONG
                                 United States District Judge

41826-5197/LEGAL14074991.1                        -3-