Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jennifer N. Chiarelli, Bar No. 212253
JChiarelli@perkinscoie.com

PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant. | Case No. C 07-03381 SBA MED<br><br>MOTION OF EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL<br><br>Judge: Saundra B. Armstrong |

  Plaintiff Microsoft Corporation ("Microsoft") respectfully requests that the parties have an additional thirty days to file the Stipulation for Dismissal and Stipulated Permanent Injunction in this matter.

  Microsoft and Defendant Gennadey Batrakov, an individual, reached a settlement in the above matter. Counsel for Microsoft drafted settlement documents and sent the documents to defense counsel for review. Defense counsel indicated, in accordance with a Notice of Unavailability previously served in the action, he would be unavailable until March 27 to review and finalize the settlement documents.

1     On February 14, 2008, counsel for Microsoft filed a Notice of Settlement and indicated the parties would file with the Court a Stipulated Permanent Injunction and a Stipulation for Dismissal with Prejudice on or before March 14, 2008. However, in light of defense counsel's unavailability, the parties will need additional time to finalize and execute the settlement documents. As such, Microsoft respectfully requests that the parties have until April 14, 2008 to file the Stipulation for Dismissal and the Stipulated Permanent Injunction.

DATED: March 17, 2008                    PERKINS COIE LLP

                                              By /s/ Jennifer N. Chiarelli
                                              Jennifer N. Chiarelli
                                              Attorneys for Plaintiff
                                              MICROSOFT CORPORATION