Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jennifer N. Chiarelli, Bar No. 212253
JChiarelli@perkinscoie.com

PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant. | Case No. C 07-03381 SBA MED<br><br>[PROPOSED] ORDER RE: MOTION OF EXTENSION OF TIME TO FILE STIPULATION FOR DISMISSAL<br><br>Judge:  Saundra B. Armstrong |

**ORDER**

Good cause appearing therefore, **IT IS SO ORDERED,** that the parties shall have until April 14, 2008 to file the Stipulation for Dismissal and Stipulated Permanent Injunction.

Dated: _____

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge

41826-5197/LEGAL14078920.1        -1-