Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jennifer N. Chiarelli, Bar No. 212253
JChiarelli@perkinscoie.com

PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant. | Case No. C 07-03381 SBA MED<br><br>REQUEST TO REOPEN CASE FOR THE LIMITED PURPOSE OF ENTERING THE PARTIES' STIPULATED PERMANENT INJUNCTION<br><br>Hon. Saundra B. Armstrong |

Plaintiff Microsoft Corporation ("Microsoft") hereby respectfully requests that this Court reopen the instant action for the limited purpose of entering the Stipulated Permanent Injunction to which the parties agreed as part of their settlement of this case.

The parties reached a settlement in the above matter.  As part of the terms of the settlement, the parties entered into a Stipulated Permanent Injunction which prohibits defendant Gennadey Batrakov, his agents and all those acting in concert or participation with him, from, among other things, infringing Microsoft's trademarks and copyrights.  The Stipulated Permanent Injunction is being lodged concurrently herewith.

1 | On February 14, 2008, Microsoft filed a Notice of Settlement and indicated the parties would file a Stipulated Permanent Injunction and Stipulation for Dismissal with Prejudice in thirty days.  [Docket No. 21.]  On March 17, 2008, Microsoft filed a request for additional time to file the Stipulated Permanent Injunction and Stipulation for Dismissal.  [Docket No. 24.]  On March 19, 2008, the Court entered an Order Conditionally Dismissing Case on the basis the parties had settled the action and it appeared that no issue remained for the Court's determination.  [Docket No. 25.]  However, the parties had not yet fully executed the settlement documents and therefore had not lodged the Stipulated Permanent Injunction with the Court.  The parties have since executed all of the settlement documents, including the Stipulated Permanent Injunction.  Accordingly, Microsoft requests that the Court reopen this matter for the limited purpose of entering the parties' Stipulated Permanent Injunction.

DATED:  April 25, 2008

PERKINS COIE LLP

By /s/ Jennifer N. Chiarelli
Jennifer N. Chiarelli
Attorneys for Plaintiff
MICROSOFT CORPORATION