Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jennifer N. Chiarelli, Bar No. 212253
JChiarelli@perkinscoie.com

PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant. | Case No. C 07-03381 SBA MED<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF MICROSOFT CORPORATION'S REQUEST TO REOPEN CASE FOR THE LIMITED PURPOSE OF ENTERING THE PARTIES' STIPULATED PERMANENT INJUNCTION<br><br>Hon. Saundra B. Armstrong |

On April 25, 2008, Plaintiff Microsoft Corporation ("Microsoft") requested the Court reopen this matter for the limited purpose of entering the Stipulated Permanent Injunction that the parties agreed to as part of the settlement of this action.  In light of the parties' settlement, the Court entered an Order conditionally dismissing the case.  However, at the time of the conditional dismissal, the parties had not yet fully executed the settlement documents and therefore had not lodged the Stipulated Permanent Injunction with the Court.

1  Good Cause appearing therefore, IT IS ORDERED THAT this matter shall be reopened
2  for the sole purpose of entering the parties' Stipulated Permanent Injunction. This Court
3  contemporaneously enters the Stipulated Permanent Injunction by separate Order.
4
5  Dated: _____                    _____
6                                            HON. SAUNDRA B. ARMSTRONG
                                             United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28