Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
Jennifer N. Chiarelli, Bar No. 212253
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA  90404-4013
Telephone:  310.788.9900
Facsimile:  310.788.3399
AMori@perkinscoie.com
KDugdale@perkinscoie.com
JChiarelli@perkinscoie.com

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant. | Case No. C 07-03381 SBA<br><br>NOTICE OF LODGING |

    PLEASE TAKE NOTICE that Plaintiff Microsoft Corporation has lodged with this Court the Stipulated Permanent Injunction and Proposed Order.

DATED:  April 25, 2008

/s/ Jennifer N. Chiarelli, Bar No. 212253
Jennifer N. Chiarelli
**Perkins Coie LLP**

Attorneys for Plaintiff
Microsoft Corporation