Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Jennifer N. Chiarelli, Bar No. 212253
JChiarelli@perkinscoie.com

PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENNADEY BATRAKOV, an individual,<br><br>Defendant. | Case No. C 07-03381 SBA MED<br><br>STIPULATED PERMANENT INJUNCTION; [PROPOSED] ORDER |

Plaintiff Microsoft Corporation ("Microsoft"), and Defendant Gennadey Batrakov, an individual, ("Defendant"), hereby stipulate that Defendant, along with his agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby is **PERMANENTLY ENJOINED** and restrained from:

  (a)  imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service mark.

including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

    (1)    1,200,236 ("MICROSOFT");

    (2)    1,256,083 ("MICROSOFT");

    (3)    1,872,264 ("WINDOWS");

    (4)    2,744,843 (COLORED FLAG DESIGN);

    (5)    1,475,795 ("POWERPOINT");

    (6)    1,741,086 ("MICROSOFT ACCESS")

    (7)    2,188,125 ("OUTLOOK");

    (8)    2,999,281 (COLOR FOUR SQUARE LOGO); and

    (9)    3,160,976 (BLACK AND WHITE FOUR SQUARE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Numbers:

    (1)    TX 5-407-055 ("Windows XP Professional");

    (2)    TX 5-837-617 ("Office Professional Edition 2003");

    (3)    TX 5-837-636 ("Office Excel 2003");

    (4)    TX 5-900-087 ("Office Outlook 2003");

    (5)    TX 5-852-649 ("Office PowerPoint 2003");

    (6)    TX 5-837-618 ("Publisher 2003");

    (7)    TX 5-900-088 ("Office Word 2003");

    (8)    TX 5-877-513 ("Business Contact Manager for Outlook 2003"); and

    (9)    TX 5-901-713 ("Access 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service

mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

    (e)    using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

    (f)    engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

///

///

///

1  (g)  assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

IT IS SO STIPULATED.

DATED: February 29, 2008                         GENNADEY BATRAKOV

                                                 By: Gennadey Batrakov

DATED: ~~February~~ April 14, 2008               MICROSOFT CORPORATION,
                                                 a Washington corporation

                                                 By: Benjamin O. Orndorff

Approved as to form:

DATED: ~~February~~ April 16, 2008               PERKINS COIE LLP

                                                 By: Jennifer N. Chiarelli
                                                 Attorneys for Plaintiff
                                                 MICROSOFT CORPORATION

DATED: February 29, 2008                         LAW OFFICES OF VIVIAN LU

                                                 By: Tracy Lee Wood
                                                 Attorney for Defendant
                                                 GENNADEY BATRAKOV

41826-5197/LEGAL14021226.1                -4-

## ORDER

Good Cause appearing therefore, IT IS ORDERED that Defendant Gennadey Batrakov ("Defendant"), along with his agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with him, shall be and hereby is **PERMANENTLY ENJOINED** and restrained from:

(a)   imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULAs"), Certificate of Authenticity ("COAs") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark and/or Service Mark Registration Numbers:

   (1)   1,200,236 ("MICROSOFT");
   (2)   1,256,083 ("MICROSOFT");
   (3)   1,872,264 ("WINDOWS");
   (4)   2,744,843 (COLORED FLAG DESIGN);
   (5)   1,475,795 ("POWERPOINT");
   (6)   1,741,086 ("MICROSOFT ACCESS")
   (7)   2,188,125 ("OUTLOOK");
   (8)   2,999,281 (COLOR FOUR SQUARE LOGO); and
   (9)   3,160,976 (BLACK AND WHITE FOUR SQUARE LOGO);

or the software programs, components, EULAs, COAs, items or things protected by the following Certificate of Copyright Registration Numbers:

   (1)   TX 5-407-055 ("Windows XP Professional");
   (2)   TX 5-837-617 ("Office Professional Edition 2003");
   (3)   TX 5-837-636 ("Office Excel 2003");
   (4)   TX 5-900-087 ("Office Outlook 2003");
   (5)   TX 5-852-649 ("Office PowerPoint 2003");
   (6)   TX 5-837-618 ("Publisher 2003");
   (7)   TX 5-900-088 ("Office Word 2003");

  (8) TX 5-877-513 ("Business Contact Manager for Outlook 2003"); and

  (9) TX 5-901-713 ("Access 2003");

or any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

 (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

 (c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, COA, item or thing not authorized or licensed by Microsoft;

 (d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, COA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

 (e) using the names, logos, or other variations thereof any of Microsoft's copyright and/or trademark-protected software programs in any of Defendant's trade or corporate names;

 (f) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights, or constituting any dilution of Microsoft's name, reputation, or goodwill; and

(g)  assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SAUNDRA B. ARMSTRONG
United States District Judge